**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

CHAPTER 13
CASE NO: 24-48288
JUDGE: MARIA L. OXHOLM

LYNN THOMPSON, Debtor
22719 N. Bellwood Dr
Southfield, MI 48034
SSN: XXX-XX-8834

**ORDER DISMISSING CHAPTER 13 CASE**

This matter having come on for hearing before the Court with due notice having been provided, the Court finds it appropriate to enter this Order based upon one of the following paragraphs so indicated:

For failure to comply with the terms and conditions set forth in the Order Adjourning Section 341 Meeting of Creditors and Confirmation hearing entered on November 14, 2024 for the debtor(s) failure to provide proof to the Trustee that the Federal Tax Return(s) for the Year(s) 2022 and 2023 were filed and/or submitted to the Internal Revenue Service on/or before January 7, 2025.

**IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U. S. C. §§ 362 and 1301 are hereby terminated;

**IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the attorney for the debtor(s), if any.

**IT IS FURTHER ORDERED** that TAMMY L. TERRY, TRUSTEE, is discharged as Trustee and the Trustee of her surety are released from any and all liability on account of the within proceedings;

**IT IS FURTHER ORDERED** that the debtor(s) attorney shall be awarded the total sum of **FEE APP** as compensation. The Trustee shall pay this sum, less any amount paid previously, after payment of Clerk's and Trustee's fees, to the extent funds are available.

**. Oxholm**

**xholm**
**es Bankruptcy Judge**