Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

---

Case No.: **24−48288−mlo**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
Lynn Thompson
22719 North Bellwood Dr
Southfield, MI 48034

Social Security No.:
xxx−xx−8834

Employer's Tax I.D. No.:

---

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Chapter 13 Case (Al−H., S** was entered on **1/16/25**
. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 1/16/25

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT