Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

---

Case No.: **24−48288−mlo**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
Lynn Thompson
22719 North Bellwood Dr
Southfield, MI 48034

Social Security No.:
xxx−xx−8834

Employer's Tax I.D. No.:

---

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Chapter 13 Case (Al−H., S** was entered on **1/16/25**
. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 1/16/25

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Michigan

In re:
Lynn Thompson
Debtor

Case No. 24-48288-mlo
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0645-2 User: admin 
Date Rcvd: Jan 16, 2025 Form ID: ntcdsm Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynn Thompson, 22719 North Bellwood Dr, Southfield, MI 48034-6226 |
| 28285846 | | Select Portfolio Servicing Inc, Attn: Remittance Processing, P.O. Box 65, Salt Lake City, UT 84165-0450 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28174214 | + | EDI: CITICORP | Jan 17 2025 02:16:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 28174215 | + | Email/Text: codbankruptcynotices@detroitmi.gov | Jan 16 2025 21:22:00 | Detroit Water & Sewerage Department, 735 Randolph Street, Detroit, MI 48226-2830 |
| 28234569 | + | Email/Text: ecf@kaalaw.com | Jan 16 2025 21:22:00 | Detroit Water and Sewerage Department, c/o Kilpatrick & Associates, P.C., 615 Griswold, Suite 1305, Detroit, MI 48226-3994 |
| 28174216 | | Email/Text: ECF@fayservicing.com | Jan 16 2025 21:22:00 | Fay Servicing, PO Box 111209, Nashville, TN 37222 |
| 28174217 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 16 2025 21:22:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 28174218 | + | Email/Text: EBNBKNOT@ford.com | Jan 16 2025 21:22:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 28249343 | | EDI: PRA.COM | Jan 17 2025 02:16:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 28237959 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2025 21:32:45 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 28174219 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 16 2025 21:23:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 28315637 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 16 2025 21:23:00 | Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 28174220 | + | EDI: SYNC | Jan 17 2025 02:16:00 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 28174221 | + | EDI: SYNC | Jan 17 2025 02:16:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 28189167 | + | Email/Text: BankruptcyECFMail@mccalla.com | Jan 16 2025 21:22:00 | U.S. Bank National Association, as Trustee, for, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 28243456 | ^ | MEBN | | |

| | | | |
|---|---|---|---|
| | | Jan 16 2025 21:19:46 | U.S. Bank National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 28193225 | + Email/Text: WCTBankruptcy@waynecounty.com | Jan 16 2025 21:23:34 | WAYNE COUNTY TREASURER, 400 MONROE, 5TH FLOOR, DETROIT, MICHIGAN 48226-2964 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James P. Frego, II | on behalf of Debtor Lynn Thompson fregolaw@aol.com R48886@notify.bestcase.com |
| Melinda B. Oviatt | on behalf of Creditor Detroit Water and Sewerage Department moviatt@kaalaw.com |
| Michael P. Hogan | on behalf of Creditor U.S. Bank Trust Company National Association mhogan@sspclegal.com, stremonti1@sspclegal.com;LCrowell@sspclegal.com |
| Richardo I. Kilpatrick | on behalf of Creditor Wayne County Treasurer ecf@kaalaw.com Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;crik11@trustesolutions.net |
| Tammy L. Terry | mieb_ecfadmin@det13.net |
| Toni Valchanov | on behalf of Debtor Lynn Thompson Fregolaw@aol.com R48886@notify.bestcase.com |

TOTAL: 6